UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 29, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                                         ) | Case No. 2:12-MJ-00222-DAD |
|           Plaintiff,                                ) | |
| v.                                                     ) | ORDER FOR RELEASE OF |
|                                                         ) | PERSON IN CUSTODY |
| ROBERT M. KEARNEY, JR.,             ) | |
|                                                         ) | |
|           Defendant.                             ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT M. KEARNEY, JR, Case No. 2:12-MJ-00222-DAD, Charge Title 21 USC §§ 841(a)(1); 841(b)(1)(C), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ 50,000 (co-signed)

    ✔   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    ✔   (Other)   With pretrial services supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 29, 2012 at 3:03 pm.

By _____
Dale A. Drozd
United States Magistrate Judge